**Joseph W. COLE, II, et al.,**
**Plaintiffs–Appellants,**

v.

**AMERICAN COMMUNITY**
**SERVICES, INC., et al.,**
**Defendants–Appellees.**

No. 06–4611.

United States Court of Appeals,
Sixth Circuit.

Sept. 25, 2007.

Before: CLAY and GIBBONS, Circuit Judges; and HOOD, Chief District Judge.*

* The Honorable Joseph M. Hood, Chief United States District Judge for the Eastern District

**PER CURIAM.**

Plaintiffs appeal the decision of the district court granting summary judgment in favor of Defendant American Community Services, Inc. Having reviewed the record and the applicable law, and having the benefit of oral argument and the parties' briefs, we determine that no jurisprudential purpose would be served by a panel opinion and **AFFIRM** the district court's decision for the reasons stated in that court's opinion. The district court's decision to disregard Plaintiff Cole's affidavit was proper under the reasoning announced by this Court in *Aerel, S.R.L. v. PCC Airfoils, LLC,* 448 F.3d 899 (6th Cir.2006). Accordingly, the district court correctly found that the evidence viewed in the light most favorable to Plaintiffs did not support their state law tort claims and that Defendant was entitled to judgment as a matter of law.

of Kentucky, sitting by designation.